UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 12-134 |
| HUGO CARREON, a/k/a "Hugo Carrfeon-Dominguez" | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Mary E. Toscano, Assistant U.S. Attorney, appearing), and defendant Hugo Carreon (Marc E. Leibman, Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discovery in this case requires adequate time to review, thus taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time to review the

evidence with the defendant, and time for effective trial preparation in this matter;

(2) The parties request an opportunity for sufficient time to engage in plea negotiations, which would render any subsequent trial of this matter unnecessary; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 13th day of November, 2012,

ORDERED that this action be, and hereby is, continued until January 12, 2013; and it is further

ORDERED that the period from November 13, 2012 through January 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Mary E. Toscano
Assistant U.S. Attorney

_____
Marc E. Leibman, Esq.  11/7/12
Counsel for the defendant